UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WILLIAM BAILEY, | 1:05-cv-01349-REC-LJO-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6) |
| vs. | **ORDER DENYING MOTION FOR AN ORDER FOR LAW LIBRARY ACCESS** (Doc. 5) |
| SCHWARZENEGGER, | |
|         Defendant. | |

Plaintiff, Rodney William Bailey ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 22, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. The Findings and Recommendations, filed November 22,
8 2005, are ADOPTED IN FULL; and,
9  2. Plaintiff's Motion for an Order for Law Library Access,
10 filed November 15, 2005, is DENIED.
11 IT IS SO ORDERED.
12 **Dated:  January 27, 2006**       /s/ Robert E. Coyle
   668554                        UNITED STATES DISTRICT JUDGE

2