UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WILLIAM BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | 1:05-CV-1349 REC LJO P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #10, 11) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 14, 2005, plaintiff filed a motion to extend time to pay the filing fee in this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to pay the filing fee.

IT IS SO ORDERED.

**Dated:  February 27, 2006**        /s/ Lawrence J. O'Neill
b6edp0                                   UNITED STATES MAGISTRATE JUDGE