UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WILLIAM BAILEY, | 1:05-cv-01349-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18) |
| vs. | |
| SCHWARZENEGGER, | |
| Defendant. | |

Plaintiff, Rodney William Bailey ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 22, 2006, the Magistrate Judge filed Findings and Recommendations[1] herein which were served on the parties and which contained notice to the parties that any objections to the

---

[1] According to the Court Docket, an Order denying a Motion for the Appointment of Counsel was returned to the Court by the U.S. Postal Service on March 31, 2006. (Doc. 17.) Similarly, although the Court granted Plaintiff additional time to resolve the fee issue, Plaintiff made no further contact with the Court regarding the fee.  Thus, on May 22, 2006, the Court issued the Findings and Recommendations which were also returned to the Court on June 6, 2006, indicating that Plaintiff was out of custody and no forwarding address was on file. (Doc. 19.)

1

1  Findings and Recommendations were to be filed within thirty (30)
2  days. To date, the parties have not filed objections to the
3  Magistrate Judge's Findings and Recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  de novo review of this case. Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendations to
8  be supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The Findings and Recommendations, issued May 22, 2006,
11 are ADOPTED IN FULL; and,
12     2.   The action is DISMISSED for Plaintiff's failure to obey
13 the Court's Order of December 8, 2005, to pay the filing fee or
14 submit an Application to proceed in forma pauperis.
15 IT IS SO ORDERED.
16 **Dated:   June 24, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                                       UNITED STATES DISTRICT JUDGE